## RUSSELL JOHNSON v. COMMISSIONER OF CORRECTION
### (AC 24245)

Schaller, Bishop and West, Js.

Submitted on briefs April 26—officially released July 6, 2004

*Robert E. Byron,* special public defender, filed a brief for the appellant (petitioner).

*Michael Dearington,* state's attorney, *Sarah Hanna,* special deputy assistant state's attorney, and *Linda N. Howe,* senior assistant state's attorney, filed a brief for the appellee (respondent).

*Opinion*

PER CURIAM. The habeas court denied the petition for a writ of habeas corpus that was filed by the petitioner, Russell Johnson, and denied his petition for certification to appeal from that denial. After careful review of the record and briefs, we conclude that the petitioner has not demonstrated that the issues are debatable among jurists of reason, that a court could resolve the issues in a different manner or that the questions raised deserve encouragement to proceed further. See *Lozada* v. *Deeds,* 498 U.S. 430, 431–32, 111 S. Ct. 860, 112 L. Ed. 2d 956 (1991); see also *Simms* v. *Warden,* 230 Conn. 608, 616, 646 A.2d 126 (1994).

The appeal is dismissed.